THOMAS E. SHEA, as Trustee in Bankruptcy of the Estate of IRVING SPITZER & COMPANY, INC., Respondent, *v.* RIVERVIEW CANNING COMPANY, a Foreign Corporation, Appellant.

First Department, January 30, 1931.

*Samuel D. Jones* [*J. Chris. Murray* with him on the brief], for the appellant.

*Alexander P. Blanck*, for the respondent.

PER CURIAM. For the reasons stated in the opinion of MARTIN, J., in *Shea* v. *Falls Canning Co.* (231 App. Div. 535), handed down herewith, the judgment and order appealed from should be reversed, with costs, and the motion denied, with ten dollars costs.

Present — DOWLING, P. J., MERRELL, MARTIN, O'MALLEY and SHERMAN, JJ.; MERRELL, J., dissents.

Judgment and order reversed, with costs, and motion denied, with ten dollars costs.